Tyson A. McLean
KRIS A. MCLEAN LAW FIRM, PLLC
PO Box 1136
Florence, Montana 59833
Phone: (406) 360-4956
tyson@krismcleanlaw.com

*Attorney for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Tyson A. McLean, of KRIS A. MCLEAN LAW FIRM, PLLC, PO Box 1136, Florence, Montana 59833 advises the Court of his appearing as counsel on behalf of Plaintiff Kevin Washington, and requests to be entered as an attorney of record.

NOTICE OF APPEARANCE OF COUNSEL:        Page **1** of **3**

RESPECTFULLY SUBMITTED this 8th day of January 2020.

*by/s/Tyson A. McLean*
Tyson A. McLean
KRIS A. MCLEAN LAW FIRM, PLLC
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2020, a true and correct copy of the foregoing **Notice of Appearance of Counsel** was served upon the following by **CM/ECF Filing**:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

DATED this 8th day of January 2020.

/s/ Tyson A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Kevin Washington