Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**EMERGENCY MOTION TO APPOINT A RECEIVER AND REQUEST FOR HEARING** |

COMES NOW the Plaintiff, Kevin Washington, and moves this Court pursuant to Fed. R. Civ. P. Rule 66 and federal law in equity to appoint a Receiver for the assets of CryptoWatt Mining, LLC and CryptoWatt Investment Partners, LLC. For the reasons set forth in Plaintiff's Complaint and Brief in Support of

Emergency Motion to Appoint a Receiver filed in conjunction with this motion, Plaintiff respectfully requests the Court set this matter for hearing at its earliest convenience.

WHEREFORE, the Plaintiff respectfully requests the Court grant his motion to appoint a Receiver for the assets of CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC.

DATED this 8th day of January, 2020.

KRIS A. MCLEAN LAW FIRM, PLLC

/s/Kris A. McLean
Kris A. McLean
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 8th day of January 2020, the foregoing document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

                                      /s/ Kris A. McLean
                                      Kris A. McLean
                                      Kris A. McLean Law Firm, PLLC
                                      Attorney for Plaintiff
                                      Kevin Washington