IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Plaintiff,<br>v.<br><br>Matthew Brent Goettsche, an individual and majority owner of CryptoWatt Investment Partners, LLC the sole member of CryptoWatt Mining, LLC.,<br><br>Defendant | CV-20-2-BU-BMM-KLD<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Plaintiff's Emergency Motion to Appoint Receiver (Doc. 5) on **Friday, January 10, 2020 at 11:00 a.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 9th day of January, 2020.

Brian Morris
United States District Court Judge