JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>  Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br><br>**DEFENDANT'S MOTION<br>TO COMPEL ARBITRATION** |

**MOTION**

Defendant Matthew Brent Goettsche ("Goettsche"), through his undersigned counsel, respectfully moves the Court to compel arbitration pursuant to Federal Rule of Civil Procedure 12(b)(3), Section 3 of the Federal Arbitration Act ("FAA") (9 U.S.C. § 3), and in accordance with the parties binding, written agreement. The defendant respectfully submits that this motion should be decided before any other

pending motions and therefore, submits it in advance of the emergency hearing scheduled for January 10, 2020.

RESPECTFULLY SUBMITTED this 9th day of January, 2020.

*/s/ John E. Smith*
SMITH & STEPHENS, P.C.
Attorney for Defendant

*/s/ Nick K. Brooke*
SMITH & STEPHENS, P.C.
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2020, a copy of the foregoing document was served on the following persons by the following means:

<pre>
1, 2   CM-ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-Mail
</pre>

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean, Tyson McLean


*/s/ Nick K. Brooke*
Nick K. Brooke
SMITH & STEPHENS, P.C.
Attorney for Defendant