Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC | Cause No.: CV-20-2-BU-BMM-KLD |
| Plaintiff, | |
| v. | **NOTICE OF WITNESS TESTIMONY** |
| Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC | |
| Defendant. | |

COMES NOW the Plaintiff, Kevin Washington, and gives notice to the Court and the defendant that Plaintiff intends to call three witnesses at the hearing of Plaintiff's Emergency Motion to Appoint a Receiver and generally summarizes the testimony they will offer as follows:

1. Mr. Richard B. Tabish will offer testimony in support of the facts set forth in his affidavit attached to Plaintiff's Brief in Support of Emergency Motion to Appoint a Receiver. Mr. Tabish will support his testimony about the critical need to fund Cryptowatt's power transmission contract with letters recently delivered by Northwestern Energy describing the consequences of continuing failure to pay the amounts presently in arrears on the contract.

2. Mr. Jeffrey Papen will offer testimony in explanation of and support for the "Bitcoin protocol" attached to Plaintiff's Proposed Order to Appoint a Receiver.

3. Mr. J. Richard Orizotti will offer testimony concerning his qualifications and willingness to be appointed Receiver as described in Plaintiff's Proposed Order Appointing Receiver.

DATED this 10th day of January, 2020.

KRIS A. MCLEAN LAW FIRM, PLLC

/s/Kris A. McLean
Kris A. McLean
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of January 2020, the foregoing document was served on the following individuals by ECF filing:


John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com


                /s/ Kris A. McLean
                Kris A. McLean
                Kris A. McLean Law Firm, PLLC
                Attorney for Plaintiff
                Kevin Washington