

January 7, 2020

CryptoWatt Mining, LLC
200 Technology Way
Butte, MT 59701

Re:     Notice of Nonpayment

Dear CryptoWatt Mining, LLC:

This letter is sent to give you notice under Section 7.3 of NorthWestern's Open Access Transmission Tariff (OATT) of the failure of CryptoWatt Mining, LLC (CryptoWatt) to pay its November 2019 invoice provided under the Service Agreement for Network Integration Transmission between NorthWestern and CryptoWatt, Service Agreement No. 849, Third Revised.

NorthWestern submitted the November 2019 invoice to CryptoWatt on December 16, 2019. Payment was due on January 6, 2020, in the amount of $319,659.47. NorthWestern has not received payment for this November 2019 invoice.

If payment, in full, is not received within 30 calendar days from the date of this letter, CryptoWatt's default shall be deemed to exist. Upon such default NorthWestern may either (1) initiate a proceeding with the Federal Energy Regulatory Commission (FERC) to terminate transmission service pursuant to Section 7.3 of NorthWestern's OATT or (2) suspend transmission service, pursuant to Attachment L, Section 7.B. of NorthWestern's OATT.[1]

Please contact Michael McGowan, (406) 497-4184 or me with any questions.

Sincerely,

*[signature]*

**Michael R. Cashell**
*Vice President - Transmission*
michael.cashell@northwestern.com
O (406) 497-4575

Enclosure

---

[1] Attachment L requires NorthWestern to provide 30 days' written notice to the FERC before suspending transmission service. NorthWestern is providing such notice concurrently with this letter. A copy of the notice to FERC is attached.

 

January 7, 2020

*via eFiling*

Kimberly D. Bose, Secretary
Federal Energy Regulatory Commission
888 First Street N.E.
Washington, DC 20426

Re: *NorthWestern Corporation (Montana)*, Docket No. __20-___-000
Notice of Option to Suspend Transmission Service to CryptoWatt Mining, LLC

Dear Secretary Bose:

Pursuant to Attachment L of NorthWestern's Montana Open Access Transmission Tariff (OATT),[1] NorthWestern Corporation is providing 30 days' written notice that it may suspend transmission service to CryptoWatt Mining, LLC (CryptoWatt) if it does not cure its failure to pay its November 2019 invoice by February 6, 2020.

On December 16, 2019, NorthWestern submitted its November 2019 invoice to CryptoWatt for transmission service provided under the Service Agreement for Network Integration Transmission between NorthWestern and CryptoWatt, Service Agreement No. 849, Third Revised. Payment was due on January 6, 2020. CryptoWatt failed to make payment.

On January 7, 2020, NorthWestern provided written notice to CryptoWatt of the need to cure under Section 7.3 of NorthWestern's OATT. NorthWestern advised CryptoWatt of its remedies under NorthWestern's OATT, including that it may suspend service if payment is not received within 30 calendar days of the notice, a copy of which is attached.

Section 7.B of Attachment L provides:

> NorthWestern Energy may suspend transmission service if a Customer fails to cure a default within 30 calendar days after NorthWestern Energy's notice to the Customer of the need to cure the default. NorthWestern Energy will provide at least 30 calendar

---

[1] NorthWestern Corporation, FERC FPA Electric Tariff, Montana OATT, Attachment L.

208 N. Montana Avenue, # 205 | Helena, MT 59601 | O 406-443-8983         NorthWesternEnergy.com

2

Case 2:20-cv-00002-BMM   Document 12   Filed 01/10/20   Page 3 of 3



days' written notice to the Federal Energy Regulatory Commission before suspending transmission service. Any notices sent to the Customer and to the Commission pursuant to this section may be sent concurrently.

If you have any questions, please contact me.

Respectfully submitted,

s/ *John K. Tabaracci*

**John K. Tabaracci**
*Corporate Counsel*
john.tabaracci@northwestern.com
O (406) 443-8983

Attachment
cc:    CryptoWatt Mining, LLC

Kimberly D. Bose, Secretary | January 7, 2020 | Page 2               NorthWesternEnergy.com