IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>-vs-<br><br>MATTHEW BRENT GOETSCHE,<br><br>Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br>**ORDER SEALING EXHIBITS** |

Defendant Matthew Brent Goetsche has filed an unopposed motion to seal exhibits A-D to Defendant's Response to Plaintiff's Motion for Receiver. Defendant certifies that sealing appropriate pursuant *Fed. R. Civ. P. 5.2*, this Court's Local Rule 5.2(b), and is in keeping with the documents comprising the exhibits.

Upon independent review of the exhibits, this Court finds they contain confidential, non-public information. The Court also finds it is not feasible to file redacted versions of the exhibits. Under the circumstances and with due regard to the public's right of access, the Defendant's Motion to Seal is GRANTED. The Clerk of Court is HEREBY ORDERED to seal Exhibits A-D to the Defendant's Response to Plaintiff's Motion for Receiver.

DATED this _____day of January 2020.

_____
Brian M. Morris
United States District Court Judge