JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-2-BU-BMM-KLD**<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE** |

**MOTION**

COMES NOW Defendant Matthew Brent Goettsche ("Goettsche"), through his undersigned counsel, and pursuant to Fed. R. Civ. P. 42(a) moves to consolidate and merge this matter with *FX Solutions, Inc., v. Matthew Brent Goettsche,* Cause No. CV-20-3-BU-SEH.

The Plaintiff has stated in open court that he does not oppose this motion. A

proposed order has been filed contemporaneously with this motion. A notice of this motion will be filed contemporaneously in Cause No. CV-20-3-BU-SEH.

RESPECTFULLY SUBMITTED this 12th day of January, 2020.

>*/s/ John E. Smith*
>SMITH & STEPHENS, P.C.
>Attorney for Defendant


>*/s/ Nick K. Brooke*
>SMITH & STEPHENS, P.C.
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-ECF
<u>    </u>Hand Delivery
<u>    </u>   Mail
<u>    </u>   Overnight Delivery Service
<u>    </u>   Fax
<u>    </u>   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean, Tyson McLean


*/s/ Nick K. Brooke*
Nick K. Brooke
SMITH & STEPHENS, P.C.
Attorney for Defendant