# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-2-BU-BMM-KLD**<br><br>**ORDER** |

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Consolidate pursuant to Fed. R. Civ. P. 42(a). Defendant seeks consolidation of this case, *Kevin Washington v. Matthew Brent Goettsche*, Cause No. CV-20-2-BU-BMM-KLD, with *FX Solutions, Inc., v. Matthew Brent Goettsche,* Cause No. CV-20-3-BU-SEH. The motion is unopposed, the cases concern similar facts and legal claims, and it appears that consolidation is the interests of efficiency and judicial economy. Accordingly,

IT IS HEREBY ORDERED that *FX Solutions, Inc., v. Matthew Brent Goettsche,* Cause No. CV-20-3-BU-SEH and *Kevin Washington v. Matthew Brent Goettsche*, Cause No. CV-20-2-BU-BMM-KLD are both consolidated under lead case number CV-20-2-BU-BMM-KLD.

DONE AND DATED this _____ day of January, 2020.

 

_____
Hon. Brian Morris
U.S. District Court Judge