# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| **1. NAME**<br>Matthew Hayhurst | **2. PHONE NUMBER**<br>406-543-6646 | **3. DATE**<br>1/14/20 |
| **4. MAILING ADDRESS**<br>PO BOX 9199 | **5. E-MAIL ADDRESS**<br>mhayhurst@boonekarlberg.com | **6. CITY** Missoula   **7. STATE** MT |
| **8. ZIP CODE**<br>59807-9199 | **9. JUDGE**<br>Brian Morris | **10. CASE NAME**<br>Washington v. Goettsche |
| **11. U.S. DISTRICT COURT CASE NUMBER**<br>2:20-cv-00002-BMM-KLD | **12. COURT OF APPEALS CASE NUMBER** | |

**13. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER - Specify

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | | | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify<br>Motion Hearing | 1/10/20 | Y. Heinze |

**15. ORDER**

| CATEGORY | ORIGINAL<br>Includes certified copy to clerk for records of the Court | FIRST COPY<br>to each party | ADDITIONAL COPIES<br>to same party | Paper | Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | $3.65/page ☐ | $.90/page ☐ | $.60 page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 14-Day | $4.25/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 7-Day | $4.85/page ☐ | $.90/page ☐ | $.60/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 3-Day | $5.45/page [x] | $1.05/page ☐ | $.75/page ☐ | ☐ Full Size  ☐ A-Z word index | [x] ASCII  [x] A-Z word index  [x] PDF |
| DAILY | $6.05/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| HOURLY | $7.25/page ☐ | $1.20/page ☐ | $.90/page ☐ | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |

FORMAT REQUESTED - Each format is billed as a separate transcript copy.

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**

**E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.**
If payment is authorized under CJA, complete CJA 24 form through box 15 and attach to this order when e-filing.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: 1/14/20    Attorney signature: /s/ Matthew Hayhurst

Revised: 4/2/18