IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Defendant. | CV 20-2-BU-BMM-KLD<br>CV 20-3-BU-BMM<br><br><br>ORDER |

This matter came before the Court on the Defendant's Unopposed Motion to Consolidate pursuant to Fed. R. Civ. P. 42(a). Defendant seeks consolidation of this case, *Kevin Washington v. Matthew Brent Goettsche*, Cause No. CV-20-2-BU-BMM-KLD, with *FX Solutions, Inc., v. Matthew Brent Goettsche,* Cause No. CV-20-3-BU-SEH. The motion is unopposed, the cases concern similar facts and legal claims, and it appears that consolidation is the interests of efficiency and judicial economy. Accordingly,

IT IS HEREBY ORDERED that the motion to consolidate (Doc. 19) is **GRANTED**. Case number CV 20-03-BU-SEH is hereby re-assigned to the

undersigned and will henceforth be numbered CV 20-03-BU-BMM. Pursuant to Section 8(h) of the Guide for Filing in the District of Montana, all documents shall be e-filed in the lead case (CV 20-02-BU-BMM) and spread to the member case (CV 20-03-BU-BMM) unless otherwise ordered. When prompted to spread, users should answer "yes." Users may contact the clerk's office for assistance in filing documents.

    DATED this 14th day of January, 2020.

Brian Morris
United States District Court Judge