

FILED

DEC 3 1 2019

Tom Powers, Clerk

By _____
Deputy Clerk

KURT KRUEGER
DISTRICT COURT JUDGE, DEPT. I
SILVER BOW COUNTY COURTHOUSE
155 WEST GRANITE STREET
BUTTE, MT 59701
(406) 497-6410

## MONTANA SECOND JUDICIAL DISTRICT, SILVER BOW COUNTY

| | |
|---|---|
| Kevin Washington an individual and minority owner of Crypto Watt Investment Partners, LLC the sole member of Crypto Watt Mining, LLC.<br><br>        **Plaintiff,**<br><br>    **vs.**<br><br>Matthew Brent Goettsche, an individual and majority owner of Crypto Watt Mining, LLC.<br><br>        **Defendant.** | **Cause No. DV-19-453**<br><br>**ORDER SETTING HEARING ON APPOINTMENT OF RECEIVER** |

This matter comes before the Court on the Plaintiff's *Emergency Motion to Appoint a Receiver.*

Based on the foregoing, this Court hereby

***ORDERS*** that this matter is set for hearing on the motion on **Wednesday, January 8, 2020 at 1:30 p.m.**

DATED this 3̲/̲ day of December 2019.

                     KURT KRUEGER
                     District Court Judge

ORDER SETTING HEARING

4