**Filed**
December 31, 2019
Tom Powers, Clerk

By: _____
Deputy Clerk

## MONTANA SECOND JUDICIAL DISTRICT COURT

### SILVER BOW COUNTY

KEVIN WASHINGTON an individual and minority owner of Crypto Watt Investment Partners, LLC the sole member of Crypto Watt Mining, LLC,

Plaintiff,

vs.

MATTHEW BRENT GOETTSCHE, an individual and majority owner of Crypto Watt Mining, LLC,

Defendant.

Cause No.: DV-19-453-KK

### CERTIFICATE OF SERVICE

The undersigned Deputy Clerk hereby certifies that I served a true copy of the **ORDER SETTING HEARING ON APPOINTMENT OF RECEIVER – (01/08/2020 @ 1:30 p.m.)** upon:

| 1. Plaintiff<br>KRIS A. MCLEAN<br>315 WEST PINE STREET<br>MISSOULA, MT 59801<br>kris@krismcleanlaw.com | 2. Defendant |
|---|---|

by the following means:

Local attorney's drop box..............................
Pre-paid U.S. mail .......................................1
Personal ......................................................
Email............................................................1

DONE and DATED: Tuesday, December 31, 2019

_____
Deputy Clerk

5