Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**OATH OF RECEIVERSHIP** |

I, Jeremiah Lynch, the Court-appointed receiver in this matter, do solemnly swear that I will faithfully perform the duties of the office of receivership on behalf of CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC

(collectively defined as "CryptoWatt" in this Court's Order Appointing Receiver in this matter) and this Honorable Court and observe all instructions and orders of the above-entitled Court in accordance with the law and to the best of my ability.

DATED this 20th day of January 2020.

*Jeremiah C. Lynch*

Jeremiah Lynch, Receiver

SUBSCRIBED AND SWORN to before me this 20th day of January, 2020.

*Amanda M. Johnson*
NOTARY PUBLIC
My Commission Expires:
01/09/2024

(NOTARIAL SEAL)

AMANDA M JOHNSON
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
January 09, 2024.