Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**STIPULATION** |

COMES NOW the Plaintiff, Kevin Washington, and Defendant, Matthew Brent Goettsche, by and through their respective counsel and stipulate regarding the Receiver's conversion of CryptoWatt Mining, LLC ("hereinafter CryptoWatt") Bitcoin as described in paragraph 3. j. and the Bitcoin Protocol of this Court's

Order appointing a receiver as follows:

1. The Receiver of CryptoWatt has selected Bittrex (as further described at Bittrex.com) to be the Bitcoin exchange company hired by the Receiver to convert Bitcoin mined at CryptoWatt's Butte Bitcoin mining facility into U.S. Dollars and deposit those U.S. Dollars into the bank account established by the Receiver for such purpose. The parties stipulate and agree to the selection of Bittrex to perform this service for CryptoWatt.

2. The Receiver has designated Ms. Kari Vanvalkenburgh, CFO of FX Solutions, Inc. to be the administrator of CryptoWatt's account at Bittrex. The parties stipulate and agree to Ms Vanvalkenburgh's designation as administrator of CryptoWatt's account at Bittrex.

3. The Receiver has determined that the Bitcoin mined at CryptoWatt's Butte Bitcoin mining facility will be converted to U.S. Dollars and deposited into the bank account established by the Receiver for such purpose on a daily basis, automatically with no exercise of discretion by the Receiver. The parties stipulate and agree that the Bitcoin mined at CryptoWatt's Butte Bitcoin mining facility will be converted to U.S. Dollars and deposited into the bank account established by the Receiver for such purpose on a daily basis, automatically with no exercise of discretion by the Receiver.

DATED this 22nd day of January, 2020.

        KRIS A. MCLEAN LAW FIRM, PLLC

        <u>/s/Kris A. McLean</u>
        Kris A. McLean
        Attorney for Plaintiff

        SMITH AND STEPHENS, P.C.

        <u>/s/ John E. Smith</u>
        John E. Smith
        Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2020, the foregoing document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

/s/ Kris A. McLean
Kris A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Plaintiff Kevin Washington