Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**JOINT MOTION TO APPROVE LOAN AGREEMENT** |

COMES NOW the Receiver, Jeremiah Lynch and Plaintiff, Kevin Washington and Defendant, Matthew Brent Goettsche and jointly move the Court to approve the Loan Agreement attached to this motion on the following grounds and for the following reasons:

In paragraph 3. e) of its Order appointing a receiver in this case, this Court authorized the Receiver to negotiate and enter a loan agreement between CryptoWatt and Plaintiff, Kevin Washington "…to provide funding sufficient to finance CryptoWatt's operations for a period of at least three (3) months under terms and conditions approved by this Court…"  The Loan Agreement attached to this motion is the product of the Receiver's Court directed efforts and has been reviewed and agreed to by the parties. The attached Loan Agreement will provide the funding necessary for the Receiver to enter into a power contract essential to the operation of CryptoWatt's Butte Bitcoin mining facility.

Wherefore, the Receiver and the parties respectfully request that the Court approve the attached Loan Agreement.


DATED this 22nd day of January, 2020.


/s/ Jeremiah Lynch
Jeremiah Lynch
Receiver for CryptoWatt

KRIS A. MCLEAN LAW FIRM, PLLC

/s/Kris A. McLean
Kris A. McLean
Attorney for Plaintiff

                        SMITH AND STEPHENS, P.C.

                      <u>/s/ John E. Smith</u>
                      John E. Smith
                      Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2020, the foregoing document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

                      <u>/s/ Kris A. McLean</u>
                      Kris A. McLean
                      Kris A. McLean Law Firm, PLLC
                      Attorney for Plaintiff
                      Kevin Washington