## LOAN AGREEMENT

Kevin Washington as minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC (hereinafter collectively "CryptoWatt") agrees to loan CryptoWatt the sum of one million three hundred thousand dollars ($1,300,000.00). The purpose of this loan is to fund the restart and initial operations of CryptoWatt's Bitcoin mining facility at Butte, Montana. These funds will be used to pay the security deposit and monthly cost of electrical power under the contract entered by the Receiver of CryptoWatt and Tenaska, Inc. on January____, 2020.

The Receiver of CryptoWatt agrees to pay interest on this loan at the rate of 5% per year until the loan is paid in full. The Receiver of CryptoWatt agrees to pay this loan in full with interest on May 15, 2020 or upon the sale of CryptoWatt's Butte Bitcoin mining facility, whichever occurs first. If the Receiver determines in his discretion that monthly payments or early payoff of this loan would be in the best interest of CryptoWatt, Kevin Washington agrees to accept such payments with final payment occurring no later than May 15, 2020 or upon sale of CryptoWatt's Butte Bitcoin mining facility, whichever occurs first.

Dated: _____    Dated: _____

/s/Kevin Washington    /s/Jeremiah Lynch

Kevin Washington      Jeremiah Lynch

                      Receiver for CryptoWatt