# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**ORDER APPROVING LOAN AGREEMENT** |

WHEREAS, the Receiver and the parties have moved the court to approve a Loan Agreement between the Receiver and Plaintiff, Kevin Washington, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Loan Agreement attached to the Joint

Motion to Approve Loan Agreement filed by the Receiver and the parties in this matter is granted and the Court APPROVES the Loan Agreement.

DATED this 22nd day of January 2020.

_____
Brian Morris
United States District Court Judge