Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Matthew Brent Goettsche (DV-19-453)__
was received by me on *(date)* __January 10, 2020__ .

☑ I personally served the summons on the individual at *(place)* __Essex County Corrections Facility, 354 Doremus Avenue, Newark, NJ 07105__ on *(date)* __January 14, 2020__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __January 14, 2020__

*Server's signature*

Kevin Maguire - State of New Jersey
Licensed Private Detective #8899
*Printed name and title*

501 Main Street, #682, Boonton, NJ 07005
*Server's address*

Additional information regarding attempted service, etc: