JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br>**NOTICE OF COMPLIANCE** |

This Court's Order dated January 13, 2020, ¶ 17(a), required that the Defendant provide a "full accounting of all funds, documents, and assets located outside the United States" to the appointed Receiver. The Defendant now gives notice to the Court that it has made a full accounting of those items and provided it to the Receiver via an email sent on February 3, 2020.

RESPECTFULLY SUBMITTED this 3rd day of February, 2020.

SMITH & STEPHENS, P.C.

by: */s/Nick K. Brooke*
**Nick K. Brooke**
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>  1,2  </u>  CM-ECF
<u>        </u>  Hand Delivery
<u>        </u>  Mail
<u>        </u>  Overnight Delivery Service
<u>        </u>  Fax
<u>        </u>  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean

By:   */s/ John E. Smith*
John E. Smith
SMITH & STEPHENS, P.C.
Attorney for Defendant