Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Partners, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**NOTICE OF COMPLIANCE** |

This Court's Order appointing a Receiver in this matter dated January 13, 2020 required at paragraph 17. a. that the parties provide a "full accounting of all funds, documents, and assets located outside the United States…" to the appointed Receiver. The Plaintiff, Kevin Washington, now gives the Court notice that he has

complied with the Court's Order by sending an email today to the Receiver that

contains all the information he currently possesses about funds, documents and

assets located outside the United States

DATED this 3rd day of February, 2020.

KRIS A. MCLEAN LAW FIRM, PLLC

/s/Kris A. McLean
Kris A. McLean
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2020, the foregoing
document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

/s/ Kris A. McLean
Kris A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for Plaintiff Kevin Washington