JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>        Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>        Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br>**DEFENDANT'S OPPOSED MOTION TO STAY PROCEEDINGS** |

## MOTION

COMES NOW the above named Defendant, through Counsel, and requests the Court to enter a stay of proceedings while the criminal matter related to this case is pending, pursuant to the Fifth Amendment of the U.S. Constitution and *Lefkowitz v. Turley*, 414 U.S. 70, 77, 94 S. Ct. 316, 322, (1973).

The Plaintiff has been contacted and opposes this motion.

RESPECTFULLY SUBMITTED this 7TH day of February, 2020.

                                                                           SMITH & STEPHENS, P.C.

                                                    by: */s/John E. Smith*
                                                          **John E. Smith**
                                                 *Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2020, a copy of the foregoing document was served on the following persons by the following means:

```
1, 2   CM-ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
```

1.    CLERK, UNITED STATES DISTRICT COURT

2.    Kris McLean


By:   */s/ John E. Smith*
John E. Smith
SMITH & STEPHENS, P.C.
Attorney for Defendant