Tyson A. McLean
KRIS A. MCLEAN LAW FIRM, PLLC
PO Box 1136
Florence, Montana 59833
Phone: (406) 360-4956
tyson@krismcleanlaw.com

*Attorney for Plaintiff FX Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| FX Solutions, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Matthew Brent Goettsche,<br><br>Defendant. | Cause No.: CV-20-03-BU-BMM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Tyson A. McLean, of KRIS A. MCLEAN LAW FIRM, PLLC, PO Box 1136, Florence, Montana 59833 advises the Court of his appearing as counsel on behalf of Plaintiff FX Solutions, Inc., and requests to be entered as an attorney of record.

RESPECTFULLY SUBMITTED this 13th day of February 2020.

                                               *by/s/Tyson A. McLean*
                                               Tyson A. McLean
                                               KRIS A. MCLEAN LAW FIRM, PLLC
                                               Attorney for FX Solutions, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2020, a true and correct copy of the foregoing **Notice of Appearance of Counsel** was served upon the following by **CM/ECF Filing**:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

DATED this 13th day of February 2020.

/s/ Tyson A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
Attorney for FX Solutions, Inc.