UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV-20-02 -BU-BMM-KLD<br><br><br>ORDER |
| FX SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV-20-03-BU-BMM-KLD |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection in Cause No. CV-20-02-BU-BMM-KLD,

IT IS ORDERED:

1. Cause No. CV-20-02-BU-BMM-KLD remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), Cause No. CV-20-02-BU-BMM-KLD is referred to the Honorable Kathleen L. Desoto, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. Cause No. CV-20-03-BU-BMM remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

4. Pursuant to 28 U.S.C. §636(b)(1)(B), Cause No. CV-20-03-BU-BMM is referred to the Honorable Kathleen L. Desoto, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

4. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 27th day of February, 2020.

_____
Honorable Brian Morris,
United States District Judge