Kris A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Matthew Brent Goettsche,<br><br>　　　　　Defendant. | No. 2:20-CV-002-BU-BMM-KLD<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES AND PROCEEDINGS** |
| FX Solutions, Inc.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Matthew Brent Goettsche,<br><br>　　　　　Defendant. | No. 2:20-CV-003-BU-BMM-KLD<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES AND PROCEEDINGS** |

COMES NOW the Plaintiff, Kevin Washington, and Defendant, Matthew Brent Goettsche, by and through their respective counsel and stipulate that all pending motions and deadlines in both above-captioned cases should be stayed

until April 22, 2020, and request that the Court schedule a status conference for April 22, 2020, or as soon thereafter as the court is available.

The parties are presently engaged in complex settlement discussions that require their full attention and effort. The parties have agreed that these complex settlement discussions can best occur without the press of active litigation and therefore, both cases and all pending motions and briefing should be stayed until April 22, 2020.

This stipulation does not affect this Court's Order Appointing a Receiver in in *Washington v. Goettsche*, No. 2:20-CV-002 or the parties' ability to litigate issues that might arise relating to that Receivership.

This stipulation is made without prejudice to Mr. Goettsche's pending motion to compel arbitration in *Washington v. Goettsche*, No. 2:20-CV-002. Mr. Goettsche expressly reserves and does not waive his right to compel arbitration.

WHEREFORE, the parties respectfully request that this Court stay both cases and set a status conference for April 22, 2020, or as soon thereafter as the court is available.

DATED this 3rd day of March, 2020.

                                 KRIS A. MCLEAN LAW FIRM, PLLC

                                 /s/Kris A. McLean
                                 Kris A. McLean
                                 Attorney for Plaintiffs


                               SMITH AND STEPHENS, P.C.

                                 /s/ John E. Smith
                                 John E. Smith
                                 Attorney for Defendant


## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 3rd day of March 2020, the foregoing document was served on the following individuals by ECF filing:


John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com


                               /s/ Kris A. McLean
                               Kris A. McLean
                               Kris A. McLean Law Firm, PLLC
                               Attorney for Plaintiffs Kevin Washington
                               and FX Solutions, Inc.