Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**MOTION TO ALLOW THE RECEIVER SELL THE ASSETS OF CRYPTOWATT** |

COMES NOW the Plaintiff, Kevin Washington, and moves this Court to grant the Receiver the power to market and sell the assets of CryptoWatt Investment Partners, LLC the sole member of CryptoWatt Mining, LLC (hereinafter collectively "CryptoWatt") if it is in the best interest of CryptoWatt

after reasonable notice to the parties and approval by the Court. The grounds for Plaintiff's motion are set forth in his Brief in Support of Motion to Allow the Receiver Sell the Assets of CryptoWatt filed with this Motion. Plaintiff's counsel has contacted counsel for the Defendant who relates that Mr. Goettsche objects to this motion.

DATED this 4th day of March, 2020.

                      KRIS A. MCLEAN LAW FIRM, PLLC

                      /s/Kris A. McLean
                      Kris A. McLean
                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2020, the foregoing document was served on the following individuals by ECF filing:

John E. Smith
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
john@smithstephens.com

Nick K. Brooke
Smith & Stephens, P.C.
315 West Pine Street
Missoula, Montana 59802
nick@smithstephens.com

                                                  <u>/s/ Kris A. McLean</u>
                                                  Kris A. McLean
                                                  Kris A. McLean Law Firm, PLLC
                                                  Attorney for Plaintiff Kevin Washington