IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE.,<br><br>　　　　Defendant. | CV 20-2-BU-BMM-KLD<br>(Lead Case)<br>CV 20-3-BU-BMM-KLD<br>(Consolidated Case)<br><br>ORDER |

　　　In its Order Appointing Receiver, the Court set March 17, 2020 as the deadline for the Receiver to file an inventory of CryptoWatt Mining, LLC's assets. (Doc. 22 at 3). At the request of the Receiver, Plaintiff Kevin Washington has filed an unopposed motion to extend this deadline until March 27, 2020. Accordingly, and good cause appearing,

　　　IT IS ORDERED that Plaintiff's motion is GRANTED. The deadline for the Receiver to file an inventory of CryptoWatt's assets is extended to March 27, 2020

　　　DATED this 12th day of March, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1