# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-2-BU-BMM-KLD**<br><br>**ORDER** |

Defendant Matthew Brent Goettsche has filed an unopposed motion to seal the Defendant's Opposition to Plaintiff's Motion to Allow Receiver to Sell the Assets of Cryptowatt and the accompanying Declaration of Josh Kalish. Defendant certifies that sealing is appropriate pursuant to Fed. R. Civ. P. 5.2, this Court's Local Rule 5.2(b), and in accordance with the CryptoWatt Operating Agreement, because the Opposition to Plaintiff's Motion and Declaration of Josh Kalish contain confidential, non-public business information.

Upon independent review of the Defendant's response and Mr. Kalish's Declaration, this Court finds they contain confidential, non-public business information.   Under the circumstances and with due regard to the public's right of access, the Defendant's Motion to Seal is GRANTED.

The Clerk of Court is HEREBY ORDERED to seal the Defendant's Opposition to Plaintiff's Motion to Allow Receiver to Sell the Assets of Cryptowatt and the accompanying Declaration of Josh Kalish.

DATED this _____ day of March, 2020.

_____
Hon. Brian Morris
U.S. District Court Judge