Robert L. Sterup
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
rsterup@brownfirm.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-02-BU-BMM-KLD<br><br><br>**NOTICE OF APPEARANCE** |
| FX SOLUTIONS, INC.<br><br>Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-03-BU-BMM-KLD<br><br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN of the appearance of Robert L. Sterup as additional counsel for Defendant Matthew Brent Goettsche in this consolidated action. Mr. Sterup is registered to use the Court's electronic filing system and may be served electronically through that system.

1

RESPECTFULLY SUBMITTED this 24th day of March, 2020.

                         By:   /s/ Robert L. Sterup  
                               Robert L. Sterup
                               BROWN LAW FIRM, P.C.
                               315 North 24th Street
                               P.O. Drawer 849
                               Billings, MT 59103-0849
                               Tel. (406) 248-2611
                               Fax (406) 248-3128
                               rsterup@brownfirm.com

I hereby certify that on the 24th day of March 2020, a copy of the foregoing document was served on the following persons by the following means:

1-4   CM-ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean

3. Tyson McLean

4. JOHN E. SMITH
   NICK K. BROOKE

By:   */s/ Robert L. Sterup*