JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| Kevin Washington an individual and minority owner of CryptoWatt Investment Partners, LLC sole member of CyproWatt Mining, LLC<br><br>Plaintiff,<br>v.<br><br>Matthew Brent Goettsche an individual and majority owner of CryptoWatt Investment Parnters, LLC sole member of CryptoWatt Mining, LLC<br><br>Defendant. | Cause No.: CV-20-2-BU-BMM-KLD<br><br>**AGREED MOTION FOR EXTENSION TO FILE INVENTORY OF ASSETS** |

COMES NOW the Defendant, Matthew Brent Goettsche and moves this Court at the request of the Receiver for an extension of time until April 7, 2020 to file an inventory of CryptoWatt Mining, LLC's ("hereinafter CryptoWatt") assets.

This Court's Order Appointing Receiver presently sets March 27, 2020 as the deadline for the Receiver to file an inventory of CryptoWatt assets. The Receiver has been diligently working to locate and marshal all CryptoWatt assets but needs additional time to complete this work. The parties agree that the Receiver needs additional time to complete this work and that an extension of time until April 7, 2020 would be appropriate.

WHEREFORE, the Defendant respectfully requests this Court grant an extension until April 7, 2020 to file his inventory of CryptoWatt assets.

DATED this 31st day of March 2020.

SMITH & STEPHENS, P.C.

by: */s/John E. Smith*
   **John E. Smith**
   *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March 2020, the foregoing document was served on the following individuals by ECF filing:


1, 2   CM-ECF
_____Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax

1.   CLERK, UNITED STATES DISTRICT COURT

2.   Kris McLean


By:   _/s/ John E. Smith_
            John E. Smith
            SMITH & STEPHENS, P.C.
            *Attorney for Defendant*