# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV-20-2-BU-BMM-KLD<br>(Lead Case)<br>CV 20-3-BU-BMM-KLD<br>(Consolidated Case)<br><br><br>**ORDER** |

In its Order , the Court set March 27, 2020 as the deadline for the Receiver to file an inventory of CryptoWatt Minding, LLC's assets. (Doc. 47). At the request of the Receiver, Defendant, Matthew Brent Goettshce has filed an unopposed motion to extend this deadline until April 7, 2020. Accordingly, and good cause appearing,

IT IS ORDERED that the Defendant's motion is Granted. The deadline for the Receiver to file an inventory of CryptoWatt's assets is extended to April 7, 2020.

DATED this \_\_\_\_ day of _____, 2020.


_____
 **Kathleen L. DeSoto**
 **United States Magistrate Judge**