IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE.,<br><br>　　　　　Defendant. | CV 20-2-BU-BMM-KLD<br>(Lead Case)<br>CV 20-3-BU-BMM-KLD<br>(Consolidated Case)<br><br>　　ORDER |

　　In its Order dated March 12, 2020, the Court set March 27, 2020 as the deadline for the Receiver to file an inventory of CryptoWatt Mining, LLC's assets. (Doc. 47.) At the request of the Receiver, Defendant Matthew Brent Goettsche has filed an unopposed motion to extend this deadline until April 7, 2020. Accordingly, and good cause appearing,

　　IT IS ORDERED that Defendant's motion is GRANTED. The deadline for the Receiver to file an inventory of CryptoWatt's assets is extended to April 7, 2020.

　　DATED this 31st day of March, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　United States Magistrate Judge