# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-2-BU-BMM-KLD**<br><br>**ORDER** |

Defendant Matthew Brent Goettsche has filed an unopposed motion to seal Notice Receiver Inventory of CryptoWatt Mining Assets, exhibit A. Defendant certifies that sealing is appropriate pursuant to Fed. R. Civ. P. 5.2, this Court's Local Rule 5.2(b), and in accordance with the CryptoWatt Operating Agreement, because exhibit A to Notice Receiver Inventory of CryptoWatt Mining Assets contains confidential, non-public business information.

Upon independent review this Court finds exhibit A contains confidential, non-public business information. Under the circumstances and with due regard to the public's right of access, the Defendant's Motion to Seal is GRANTED.

The Clerk of Court is HEREBY ORDERED to seal, exhibit A to Notice Receiver Inventory of CryptoWatt Mining Assets.

DATED this _____ day of April 2020.

_____
Hon. Brian Morris
U.S. District Court Judge