JOHN E. SMITH
NICK K. BROOKE
SMITH & STEPHENS, P.C.
315 West Pine Street
Missoula, Montana 59802
Phone: (406) 721-0300
Fax: (406) 721-5370
john@smithstephens.com
nick@smithstephens.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | **Cause No. CV-20-2-BU-BMM-KLD**<br><br>**NOTICE OF FILING RECEIVER'S INVENTORY OF CRYPTOWATT MINING LLC'S ASSETS** |

COMES NOW the Defendant, Matthew Brent Goettsche, through counsel, John E. Smith, to give Notice that the Receiver in this matter, Jeremiah C. Lynch, has completed his inventory of the assets of CryptoWatt Mining, LLC, in accord with this Court's order dated March 31, 2020. Dkt. 54.  The inventory is attached hereto as exhibit A, following a Motion for Leave to Seal the exhibit.

RESPECTFULLY SUBMITTED this 7th day of April 2020.

SMITH & STEPHENS, P.C.

by: */s/John E. Smith*
**John E. Smith**
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean, Counsel for Plaintiff Washington

By: <u>/s/ John E. Smith</u>
John E. Smith
SMITH & STEPHENS, P.C.
Attorney for Defendant