IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE.,<br><br>Defendant. | CV 20-2-BU-BMM-KLD<br>(Lead Case)<br>CV 20-3-BU-BMM-KLD<br>(Consolidated Case)<br><br>ORDER |

The dial-in information for counsel to participate in the telephonic status conference scheduled for April 23, 2020 at 2:00 p.m. has changed. All counsel shall call 1-866-390-1828 at the designated time to participate in the status conference. When prompted, enter the access code 8447649 followed by #.

DATED this 10th day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge