| | |
|---|---|
| Robert L. Sterup<br>BROWN LAW FIRM, P.C.<br>315 North 24th Street<br>P.O. Drawer 849<br>Billings, MT 59103-0849<br>Tel. (406) 248-2611<br>Fax (406) 248-3128<br>rsterup@brownfirm.com | JOHN E. SMITH<br>NICK K. BROOKE<br>SMITH & STEPHENS, P.C.<br>315 West Pine Street<br>Missoula, Montana 59802<br>Phone: (406) 721-0300<br>Fax: (406) 721-5370<br>john@smithstephens.com<br>nick@smithstephens.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>        Plaintiff,<br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>        Defendant. | Cause No. CV-20-2-BU-BMM-KLD |
| FX SOLUTIONS, INC.<br><br>        Plaintiff,<br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>        Defendant. | Cause No. CV-20-03-BU-BMM-KLD<br><br>**DEFENDANT'S MOTION<br>TO DISMISS** |

COMES NOW Defendant Matthew Goettsche and moves for dismissal of Count Four of the Complaint of FX Solutions, Inc. pursuant to Fed. R. Civ. P.

Page 1 of 3

12(b)(6), and for dismissal of Count Five pursuant to Fed. R. Civ. P. 9(b).  This Motion is supported by accompanying Memorandum of Law. Counsel for FX Solutions, Inc. has been contacted and opposes the Motion.

RESPECTFULLY SUBMITTED this 22nd day of April, 2020.

By:  /s/ Robert L. Sterup
Robert L. Sterup
BROWN LAW FIRM, P.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2020, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2, 3</u>CM-ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax

1. CLERK, UNITED STATES DISTRICT COURT

2. Kris McLean

3. Tyson McLean


By: _/s/ Robert Sterup_
Robert Sterup