IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV 20-2-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 20-3-BU-BMM-KLD<br><br><br>ORDER |
| FX SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | |

On April 23, 2020, the Court held a telephonic status conference in the above-captioned cases. Counsel Kris McLean and Tyson McLean appeared on behalf of Plaintiffs Kevin Washington and FX Solutions, Inc., and Robert Sterup and John Smith appeared on behalf of Defendant Matthew Brent Goettsche. The parties advised the Court of the status of settlement negotiations and agreed to

supplemental briefing on the issue of arbitration.   Accordingly,

IT IS HEREBY ORDERED that Plaintiff Kevin Washington shall have up to and including April 30, 2020 in which to file his supplemental response brief to Defendant's Motion to Compel Arbitration (Doc. 8), including any response to the issue of staying Cause No. CV-20-2-BU-BMM-KLD if arbitration is compelled. Defendant shall have up to and including May 11, 2020, in which to file his supplemental reply brief.

DATED this 23rd day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge