# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| Kevin Washington,<br><br>            Plaintiff,<br>vs.<br><br>Matthew Brent Goettsche,<br><br>            Defendant. | No. 2:20-CV-002-BU-BMM-KLD<br><br>**ORDER** |
| FX Solutions, Inc.,<br><br>            Plaintiff,<br>vs.<br><br>Matthew Brent Goettsche,<br><br>            Defendant. | No. 2:20-CV-003-BU-BMM-KLD<br><br>**ORDER** |

Upon motion of counsel for the above named Defendant, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw as counsel of record for the Defendant, filed by John E. Smith and Nick K. Brooke of Smith & Stephens, P.C., is GRANTED.  John E. Smith and Nick K. Brooke of Smith & Stephens, P.C., are no longer Defendant's counsel of record.

DATED this _____ day of May 2020.

_____
Hon. Brian Morris
U.S. District Court Judge