Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
PO Box 1136
Florence, Montana 59833
Phone: 406-214-1965
kris@krismcleanlaw.com

*Attorneys for Plaintiff Kevin Washington*

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-2-BU-BMM-KLD<br><br><br>**PROPOSED ORDER** |
| FX SOLUTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

The Plaintiff having at the Request of the Receiver filed an unopposed motion to seal the Receivership's Quarterly Report and good cause appearing therefore,

The Plaintiff's motion is GRANTED and it is ORDERED that the

Receivership's Quarterly Report should be filed under seal.

Dated May 21, 2020,

_____
Katie L. Desoto United States Magistrate Judge

Case 2:20-cv-00002-BMM   Document 70   Filed 05/21/20   Page 2 of 2