IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV 20-2-BU-BMM-KLD<br>(lead case)<br><br>(consolidated with)<br>CV 20-3-BU-BMM-KLD<br><br><br>ORDER |
| FX SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | |

At the request of the Receiver, Plaintiff Kevin Washington has filed an unopposed motion for leave to file the Receivership's Quarterly Report under seal. Plaintiff's motion complies with Local Rule 5.2, and the Court finds based on review of the Receivership's Quarterly Report that it contains confidential, non-public business information. Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 69) is GRANTED and the Receivership's Quarterly Report is HEREBY SEALED.

DATED this 21st day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge