IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, | |
| Plaintiff, | CV 20-2-BU-BMM-KLD |
| vs. | (lead case) |
| MATTHEW BRENT GOETTSCHE, | (consolidated with) |
| Defendant. | CV 20-3-BU-BMM-KLD |
| FX SOLUTIONS, INC. | |
| Plaintiff, | |
| vs. | |
| MATTHEW BRENT GOETTSCHE, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that this case is referred to United States Magistrate Judge John Johnston, pursuant to L.R. 72.2(b), for the purpose of conducting a settlement conference.

-1-

**IT IS ALSO ORDERED** that Judge Johnston will conduct a telephonic scheduling call on **Wednesday, July 1, 2020 at 11:00 a.m.** The call-in number is as follows: 877-402-9753; access code: 5136505.

DATED this 29th day of June, 2020.

_____
Brian Morris, Chief District Judge
United State District Court