# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, <br><br> Plaintiff, <br> vs. <br><br> MATTHEW BRENT GOETTSCHE, <br><br> Defendant. | Cause No. CV-20-2-BU-BMM-KLD <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET TELEPHONIC CONFERENCE WITH MAGISTRATE JUDGE** |
| FX SOLUTIONS, INC. <br><br> Plaintiff, <br> vs. <br> MATTHEW BRENT GOETTSCHE, <br><br> Defendant. | Cause No. CV-20-03-BU-BMM-KLD |

Pursuant to Unopposed Motion **IT IS ORDERED** that the July 1, 2020 telephonic conference with the Magistrate Judge set by Order dated June 29, 2020 is vacated and reset for _____

DATED June \_\_\_, 2020.

_____
Hon. Brian M. Morris
U.S. District Court Judge

Page 1 of 1