IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>             Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>             Defendant.<br><br>――――――――――――――<br><br>FX SOLUTIONS, INC.<br><br>             Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>             Defendant. | CV 20-02-BU-BMM-KLD<br><br>CV 20-03-BU-BMM-KLD<br><br>**ORDER** |

The telephonic status conference previously set for July 3, 2020, is VACATED and RESET for 11:00 a.m. on July 7, 2020. The Court will provide the parties with the call-in number.

DATED this 2nd day of July, 2020.

_/s/ John Johnston_
John Johnston
United States Magistrate Judge