IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW BRENT GOETTSCHE,<br><br>Defendant. | CV-20-02-BU-BMM-KLD<br><br>consolidated with<br><br>CV-20-03-BU-BMM-KLD<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge John Johnston on July 22, 2020. Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before **August 23, 2020**, or show good cause for their failure to do so.

DATED this 23rd day of July, 2020.

_____
Brian Morris, Chief District Judge
United State District Court

-1-