**J.R. Casillas**
**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
jrcasillas@dmllaw.com; placny@dmllaw.com; areiber@dmllaw.com

*Attorneys for Kevin Washington and*
*CryptoWatt Management, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>vs.<br><br>Plaintiff,<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Defendant. | Cause No. CV 20-02-BU-BMM-KLD<br>Cause No. CV 20-03-BU-BMM<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE               1

PLEASE TAKE NOTICE THAT J.R. Casillas and Peter F. Lacny, for the law firm Datsopoulos, MacDonald & Lind, P.C., enter their appearance as counsel of record for Plaintiffs, Kevin Washington and CryptoWatt Management, LLC.

DATED this 18th day of November, 2021.

       DATSOPOULOS, MacDONALD & LIND, P.C.

       By: /s/ J.R. Casillas
         J.R. Casillas
         Peter F. Lacny
         201 West Main Street, Suite 201
         Missoula, Montana 59802
         jrcasillas@dmllaw.com
         placny@dmllaw.com
         *Attorneys for Washington and*
         *CryptoWatt Management, LLC*