**J.R. Casillas**
**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone: (406) 728-0810
Facsimile: (406) 543-0134
jrcasillas@dmllaw.com; placny@dmllaw.com; areiber@dmllaw.com

*Attorneys for Kevin Washington and*
*CryptoWatt Management, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>vs.<br><br>Plaintiff,<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Defendant. | Cause No. CV 20-02-BU-BMM-KLD<br>Cause No. CV 20-03-BU-BMM<br><br>**MOTION FOR ORDER ALLOWING PRODUCTION & USE OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELATED DOCUMENTS IN AAA ARBITRATION** |

PLAINTIFFS, KEVIN WASHINGTON AND CRYPTOWATT MANAGEMENT, LLC, respectfully move this Honorable Court for an Order allowing them to produce a certain Confidential Global Settlement Agreement and General Mutual Release dated August 23, 2020 and related documents in response to jurisdictional discovery requests served on two of Washington's companies, Atlas Power, LLC and Atlas Power Holdings, LLC, AAA Arbitration Case No. 01-21-0002-5535 – *Evan Birenbaum v. CryptoWatt Management, LLC*, *et al.*

Rick Tabish and FX Solutions, Inc. were contacted, and they do <u>not</u> object to this motion.  Matthew B. Goettsche, Hard Fork Holdings, Inc., CryptoWatt Investment Partners, LLC, and CryptoWatt Mining, LLC were also contacted, and they <u>do</u> object to this motion.

A Brief in Support is being filed contemporaneously herewith.  Washington and CryptoWatt Management, LLC are also filing a separate Unopposed Motion to File the Settlement Agreement and Related Documents Under Seal so this Court can review and consider them in deciding the instant motion.

DATED this 18th day of November, 2021.

      DATSOPOULOS, MacDONALD & LIND, P.C.


      By:  /s/ J.R. Casillas
        J.R. Casillas
        Peter F. Lacny
        201 West Main Street, Suite 201
        Missoula, Montana 59802
        jrcasillas@dmllaw.com
        placny@dmllaw.com
        *Attorneys for Washington and*
        *CryptoWatt Management, LLC*

# CERTIFICATE OF SERVICE

I, J.R. Casillas, one of the attorneys for Kevin Washington and CryptoWatt Management, LLC, hereby certify that a copy of the foregoing document was served on these persons by the following means:

<pre>
 1, 4  CM/ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
 2, 3  Email
</pre>

1. Clerk, U.S. District Court

2. Benjamin J. A. Sauter
   Kobre & Kim
   800 Third Avenue
   New York, New York 10022
   benjamin.sauter@kobrekim.com

3. Josh Kalish
   Odell Girton Siegel, LLC
   434 West 33rd Street, PH
   New York, New York 10001
   josh@ogslawllc.com

4. Robert L. Sterup
   Brown Law Firm, P.C.
   315 North 24th Street
   Billings, Montana 59101
   rsterup@brownfirm.com

DATED this 18th day of November, 2021.

DATSOPOULOS, MacDONALD & LIND, P.C.

By: /s/ J.R. Casillas
    J.R. Casillas
    Peter F. Lacny