Case 2:20-cv-00002-BMM   Document 94-3   Filed 11/18/21   Page 1 of 4

Electronically FILED by Superior Court of California, County of Los Angeles on 09/21/2020 07:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. So, Deputy Clerk

1 LOEB & LOEB LLP
  JERRY S. PHILLIPS (SBN 38164)
2 jphillips@loeb.com
  DANIEL J. FRIEDMAN (SBN 158297)
3 dfriedman@loeb.com
  10100 Santa Monica Blvd., Suite 2200
4 Los Angeles, CA 90067
  Telephone: 310.282.2000
5 Facsimile: 310.282.2200

6 Attorneys for Defendants
  KEVIN WASHINGTON,
7 CRYPTOWATT MANAGEMENT,
  LLC, and CRYPTOWATT MINING
8 LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EVAN BIRENBAUM, an individual, | Case No.: 19STCV39029 |
| Plaintiff, | Assigned to the Hon. Steven J. Kleifield, Dept. 57 |
| v. | **NOTICE OF RULING** |
| CRYPTOWATT MINING LLC, a Delaware limited liability company; BITPOWER, LLC, a Delaware limited liability company; BITPOWER MANAGEMENT, LLC, a Delaware limited liability company; BITPOWER INVESTMENT PARTNERS, LLC, a Delaware limited liability company; BURRELL DIVERSIFIED INVESTMENTS LLC, a Delaware limited liability company; TANGO & CASH, LLC, a Delaware limited liability company; CRYPTOWATT MANAGEMENT, LLC, a Delaware limited liability company, CRYPTOWATT, INC., a Delaware corporation; TOKENBLOCK, INC., a Delaware corporation; DANIEL BURRELL, an individual; KEVIN WASHINGTON, an individual; FRED VON GRAF, an individual; and DOES 1 through 100, | Date: September 21, 2020<br>Time: 8:30 a.m.<br>Dept.: 57<br><br>Complaint Filed: October 30, 2019<br>Trial Date: None Assigned |
| Defendants. | |

**Exhibit C**

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

19522750.1
232148-10003                    NOTICE OF RULING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 21, 2020, in Dept. 57 of the above-entitled Court, the Honorable Steven J. Kleifield presiding, the Court **granted** the motion of Defendants KEVIN WASHINGTON, CRYPTOWATT MANAGEMENT, LLC and CRYPTOWATT MINING LLC to compel arbitration in Missoula County, Montana in accordance with the agreement of the parties, and to stay the within proceedings pending completion of such arbitration.

Dated: September 21, 2020           LOEB & LOEB LLP

By: *Jerry S. Phillips*
Jerry S. Phillips
Attorneys for Defendant
KEVIN WASHINGTON, CRYPTOWATT
MANAGEMENT, LLC and
CRYPTOWATT MINING LLC

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19522750.1
232148-10003

2
NOTICE OF RULING

# PROOF OF SERVICE

I, Keisha Montero Lyles, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067.

On September 21, 2020, I served a true copy of the **NOTICE OF RULING** on the parties in this cause as follows:

☑   (VIA U.S. MAIL) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then placing such sealed envelope for collection and mailing with the United States Postal Service in accordance with Loeb & Loeb LLP's ordinary business practices.

☑   (VIA EMAIL) I caused the transmission of the above-named document(s) to the email address set forth below, or on the attached service list

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 21, 2020, at Los Angeles, California.

*Keisha Lyles*
Keisha Montero Lyles

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19522750.1
232148-10003

3
NOTICE OF RULING

# MAILING LIST
*Evan Birenbaum v. Cryptowatt Mining LLC, et al.*
*Case No. 19STCV39039*

| | |
|---|---|
| Gretchen M. Nelson<br>gnelson@nflawfirm.com<br>Gabriel S. Barenfeld<br>gbarenfeld@nflawfirm.com<br>Nelson & Fraenkel LLP<br>601 So. Figueroa Street, Suite 2050<br>Los Angeles, Ca 90017 | Jules G. Radcliff, Jr.<br>jradcliff@radcliffsaiki.com<br>Radcliff & Saiki LLP<br>21515 Hawthorne Blvd., Suite 1050<br>Torrance, CA 90503-6517 |
| Stephen E. Ensberg<br>sensberg@aol.com<br>Ensberg Law Group<br>1609 West Garvey Avenue North<br>West Covina, CA 91790 | Michael S. Gardner<br>michael@gardnerhaas.com<br>Gardner Haas<br>Saint Ann Court<br>2501 N. Harwood Street, Suite 1250<br>Dallas, TX 75201 |
| Anand R. Sambhwani<br>asambhwani@kelleranderle.com<br>Keller/Anderle LLP<br>18300 Von Karman Ave., Suite 930<br>Irvine, CA 92612-1057 | |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

19522750.1
232148-10003

4
NOTICE OF RULING