William A. Rossbach
bill@rossbachlaw.com
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807-8988
Telephone: (406) 543-5156

Gretchen M. Nelson
gnelson@nflawfirm.com
Gabriel S. Barenfeld
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: 213-622-6469

Jules G. Radcliff Jr.
jradcliff@radcliffmayes.com
RADCLIFF MAYES LLP
515 S. Flower St., 18th Floor
Los Angeles, California, 90071
Telephone: 213-788-5336

## IN THE AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| EVAN BIRENBAUM.<br>    Claimant,<br><br>v.<br><br>CRYPTOWATT MANAGEMENT, LLC; CRYPTOWATT MINING, LLC; CRYPTOWATT INVESTMENT PARTNERS, LLC; BITPOWER MANAGEMENT, LLC; BITPOWER, LLC; BITPOWER INVESTEMENT PARTNERS, LLC; ATLAS POWER, LLC; ATLAS POWER HOLDINGS, LLC; and DOES 1 through 100.<br>    Respondents. | Case No.: 01-21-0002-5535<br><br>Hon. William Nels Swandal (Ret.)<br>Case Administrator: Stacey Coe<br><br>**EXECUTED SCHEDULING ORDER**<br><br>Date:     September 8, 2021 |

Exhibit F

1. **Hearing on Merits**

The Hearing on Merits is scheduled for September 13, 2022, at 9:00 a.m. (local time).

2. **Pre-Hearing Mediation**

Mediation shall be completed by February 14, 2022.

3. **Specification of Claims and Counterclaim**

The deadline to amend pleadings is February 14, 2022.

4. **Date for Identification of Witnesses**

The Parties shall identify any witnesses for the Hearing on Merits by not later than August 23, 2022.

5. **Exchange of Documents/Discovery:**

*Initial Disclosures*: The parties agree to the Initial Discovery Protocols for Employment Arbitration Cases ("Initial Disclosures"):

For Claimant and CryptoWatt Management, LLC f/k/a Bitpower Management, LLC, the deadline to serve Initial Disclosures is October 14, 2021. For Atlas, the deadline to serve Initial Disclosures is not more than two weeks after any final ruling denying its jurisdictional motion.

*Non-expert discovery cutoff*: July 12, 2022.

*Initial expert disclosures*: July 19, 2022.

*Rebuttal expert disclosures*: August 2, 2022.

*Expert discovery cutoff*: August 16, 2022.

*Discovery Disputes*: In the event the parties encounter any issues related to discovery, the standard procedure for resolving such disputes shall be to first attempt to resolve the issue by conferring with the opposing party. If the parties are unable to

resolve the issue, they may request an informal discovery conference with the Arbitrator or file a motion to compel. The motion, opposition, and reply will each be subject to a 3-page briefing limit.

### 6. Stipulations of Uncontested Facts (If Any)

The deadline to submit stipulations of uncontested facts, if any, is August 23, 2022.

### 7. Advanced Exchange of Identification of Exhibits

The parties will submit a joint exhibit list by August 23, 2022.

Three copies of pre-marked exhibits are to be made and brought to the hearing.

### 8. Communication

Any and all documents to be filed with or submitted to the Arbitrator outside the hearing shall be provided to the AAA for transmittal to the Arbitrator. Copies of said documents shall also be sent to the opposing parties. There shall be no direct oral or written communication between the parties and the Arbitrators, except at oral hearings.

### 9. Cybersecurity/Privacy:

Having reviewed the *AAA-ICDR Best Practices Guide for Maintaining Cybersecurity and Privacy* and discussing what specific precautions might be required with regard to cybersecurity, privacy, and data protection in order to ensure an appropriate level of security for this case, the following measures shall be implemented: Any documents designated as confidential shall be transmitted via a password protected link.

### 10. Court Reporter:

Pursuant to the rules, any party desiring a stenographic record shall make arrangements directly with a stenographer and shall notify the other parties and the AAA of these arrangements *at least three days in advance of the hearing*. The requesting party or parties shall pay the cost of the record. If the transcripts agreed by the parties, or determined by the Arbitrator to be the official record of the proceeding, it must be provided to the Arbitrator and made available to the other parties for inspection, at a date, time, and place determined by the Arbitrator.

### 11. Form of Award

Pursuant to the rules, a reasoned opinion will be issued.

### 12. Additional Management Conference Call

Any party may request an additional management conference call should the need for it arise. A final status conference will be held on August 30, 2022.

### 13. Other Issues Discussed

    a.    Atlas's Jurisdictional Challenge

The hearing on Atlas's jurisdictional challenge is set for November 3, 2021. The opposition is due on October 20, 2021. The reply is due October 27, 2021. Reasonable jurisdictional discovery will be permitted.

    b.    Parties Who Have Not Appeared

The following parties have not answered or entered an appearance in this arbitration: Cryptowatt Mining, LLC; Cryptowatt Investment Partners, LLC; Bitpower, LLC; Bitpower Investement Partners, LLC.

    c.  Confidentiality Agreement

The parties should confer on and try to reach a stipulated agreement to facilitate the exchange of confidential documents.

Dated:

              _____
               Hon. William Nels Swandal (Ret.)
               AAA Arbitrator

/ / /

/ / /

/ / /

Respectfully Submitted By:

DATED: 9/9/2021 NELSON & FRAENKEL LLP

By: /s/ *Gabriel Barenfeld*
Gretchen Nelson
Gabriel S. Barenfeld

ROSSBACH LAW, P.C.
William A. Rossbach

RADCLIFF MAYES LLP
Jules G. Radcliff Jr.

*Attorneys for Claimant Evan Birenbaum*

DATED: 9/9/2021 HANSBERRY & JOURDONNAIS PLLC

By: /s/ *Charles Hansberry*
Charles Hansberry
chuck@hjbusinesslaw.com
2315 McDonald Avenue
Suite 210
Missoula, MT 59801
Tel.: (406) 203-1733

*Attorneys for Respondents Cryptowatt Management, LLC*

DATED: 9/9/2021 DATSOPOULOS MACDONALD & LIND, PC

By: /s/ *Joseph Casillas*

Joseph Casillas
jrcasillas@dmllaw.com
Peter Lancy
plancy@dmllaw.com
201 West Main Street
Suite 201
Missoula, MT 59802
Tel.: (406) 728-0810

*Attorneys for Respondents Atlas Power, LLC and Atlas Power Holdings, LLC*
