William A. Rossbach
bill@rossbachlaw.com
ROSSBACH LAW, P.C.
401 North Washington St.
Missoula, MT 59807-8988
Telephone: (406) 543-5156

Gretchen M. Nelson
gnelson@nflawfirm.com
Gabriel S. Barenfeld
gbarenfeld@nflawfirm.com
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: 213-622-6469

Jules G. Radcliff Jr.
jradcliff@radcliffmayes.com
RADCLIFF MAYES LLP
515 S. Flower St., 18th Floor
Los Angeles, California, 90071
Telephone: 213-788-5336

# IN THE AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| EVAN BIRENBAUM.<br>    Claimant,<br><br>    v.<br><br>CRYPTOWATT MANAGEMENT, LLC; CRYPTOWATT MINING, LLC; CRYPTOWATT INVESTMENT PARTNERS, LLC; BITPOWER MANAGEMENT, LLC; BITPOWER, LLC; BITPOWER INVESTEMENT PARTNERS, LLC; ATLAS POWER, LLC; ATLAS POWER HOLDINGS, LLC; and DOES 1 through 100.<br>    Respondents. | Case No.: 01-21-0002-5535<br><br>Hon. William Nels Swandal (Ret.)<br>Case Administrator: Stacey Coe<br><br>**CLAIMANT'S JURISDICTIONAL DISCOVERY REQUESTS TO ATLAS POWER, LLC AND ATLAS POWER HOLDINGS, LLC** |

`Exhibit G`

1

JURISDICTIONAL DISCOVERY REQUESTS TO ATLAS

Claimant Evan Birenbaum requests that Respondents Atlas Power, LLC and Atlas Power Holdings, LLC provide responses the below discovery within 30 days of receipt of service.

## DEFINITIONS

A. "ATLAS" refers, together and separately, to Atlas Power, LLC and Atlas Power Holdings, LLC.

B. The "BITCOIN MINING PLANT" shall refer to the bitcoin mining and hosting operation in Butte Montana that is the subject of the Statement of Claim.

C. "CRYPTOWATT" refers, together and separately, to CryptoWatt Management, LLC; CryptoWatt Mining, LLC; CryptoWatt Investment Partners, LLC; Bitpower Management, LLC; Bitpower, LLC; BitPower Investment Partners, LLC.

D. "PERSON" refers to any individual, partnership, association, corporation, limited liability company joint venture, firm, or other legal or business entity.

E. "RECEIVERSHIP ACTION" refers to *Washington v. Goettsche,* Case No. cv-20-02 c/w cv-20-03, D. Mont.

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

1. Identify and produce all agreements through which ATLAS acquired any assets of the BITCOIN MINING PLANT.

2. Identify and produce all agreements through which ATLAS acquired ownership in any of the CRYPTOWATT entities.

3. Identify and produce all agreements through which ATLAS assumed the debts or liabilities of any of the CRYPTOWATT entities and/or the BITCOIN MINING PLANT.

4. Identify all PERSONS who have had an ownership interest in the BITCOIN MINING PLANT, including in its real property, equipment, and/or business operations, from its inception, and state the percentage and date of ownership.

5. Identify and produce all agreements related to the transfer of ownership and/or the management of the of the BITCOIN MINING PLANT, which were entered into during, or as a result of, the RECEIVERSHIP ACTION.

6. Identify all PERSONS responsible for the management of the BITCOIN MINING PLANT, ATLAS, and/or CRYPTOWATT including the dates they were involved in such management.

7. Produce the operating agreement for each of the ATLAS entities (including any supplements and amendments).

8. Produce the operating agreement for each of the CRYPTOWATT entities (including any supplements and amendments).

9. State the organizational structure for the ATLAS entities, including a description of the ownership, management, and affiliated entities.

10. State the organizational structure for the CRYPTOWATT

entities, including a description of the ownership, management, and affiliated entities.

DATED: September 13, 2021    NELSON & FRAENKEL LLP

By:     /s/ *Gabriel Barenfeld*
Gretchen Nelson
Gabriel S. Barenfeld

ROSSBACH LAW, P.C.
William A. Rossbach

RADCLIFF MAYES LLP
Jules G. Radcliff Jr.

*Attorneys for Claimant Evan Birenbaum*

## PROOF OF SERVICE

**COUNTY OF LOS ANGELES** )
                           )
**STATE OF CALIFORNIA** )

      I, the undersigned, declare:

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 So. Figueroa Street, Suite 2050, Los Angeles, California 90017. On September 13, 2021, I caused to be served the foregoing document(s): **JURISDICTIONAL DISCOVERY REQUESTS TO ATLAS**

On the interested parties in this action by placing true copies thereof addressed as follows:

   __x__   BY U.S. MAIL:

      I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   _____   BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee:

   _____   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

   __x__   BY ELECTRONIC MAIL:

I caused to be delivered via electronic mail at the addresses listed below:

   _____   BY TELECOPIER:

I served by facsimile at the numbers identified on the service list:

   __X__   (STATE) I declare under penalty of perjury under the laws of the State of California that the

      above is true and correct.

Executed on Monday, September 13, 2021 at Los Angeles, California.

| | |
|---|---|
| Gabriel Barenfeld | */s/ Gabriel Barenfel* |
| (Print or Type Name) | (Signature) |

## SERVICE LIST

*Birenbaum v. Cryptowatt Mining LLC, et al.*

**Case No. 01-21-0002-5535**

| | |
|---|---|
| Gretchen M. Nelson<br>Gabriel S. Barenfeld<br>NELSON & FRAENKEL LLP<br>601 So. Figueroa Street, Suite 2050<br>Los Angeles, CA 90017<br>Telephone: (213) 622-6469<br>Fax: (213) 622-6019<br>Email: gnelson@nflawfirm.com<br>Email: gbarenfeld@nflawfirm.com<br><br><br>Jules G. Radcliff Jr.<br>RADCLIFF MAYES LLP<br>515 S. Flower St., 18th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 788-5336<br>Email: Jradcliff@radcliffmayes.com<br><br>William A. Rossbach<br>ROSSBACH LAW P.C.<br>401 North Washington St.<br>Missoula, MT 59807-8999<br>Telephone: (406) 543-5156<br>bill@rossbachlaw.com | Attorneys for Claimant |
| Charles Hansberry<br>chuck@hjbusinesslaw.com<br>2315 McDonald Avenue<br>Suite 210<br>Missoula, MT 59801<br>Tel.: (406) 203-1733 | Attorneys for Respondents Cryptowatt Management, LLC |

JURISDICTIONAL DISCOVERY REQUESTS TO ATLAS

| | |
|---|---|
| J.R. Casillas<br>Peter F. Lacny<br>DATSOPOULOS, MacDONALD & LIND, P.C.<br>201 West Main, Suite 201<br>Missoula, Montana 59802<br>Tel: (406) 728-0210<br>Email: jrcasillas@dmllaw.com<br>areiber@dmllaw.com<br>placny@dmllaw.com<br>hellison@dmllaw.com | Attorney for Atlas Power, LLC and Atlas Power Holdings, LLC |