**Amanda Reiber**

| | |
|---|---|
| **From:** | JR Casillas |
| **Sent:** | Monday, November 08, 2021 10:00 AM |
| **To:** | Amanda Reiber |
| **Subject:** | FW: [EXTERNAL] Goettsche Settlement Agreement--a new issue |
| **Attachments:** | 20210401 Birenbaum Statement of Claim Final.pdf; 2020-08-03 - FIRST AMENDED COMPLAINT FOR DAMAGES FOR 1. BREA 19922476_1.PDF |

**J.R. Casillas**, Shareholder



201 W. Main Street, Suite 201 Missoula, MT 59802
Phone: 406.728.0810 | Fax: 406.543.0134

The documents included with this electronic mail transmission contain information from the law firm of Datsopoulos, MacDonald & Lind, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 406-728-0810) immediately.

**From:** Peter Lacny <PLacny@dmllaw.com>
**Sent:** Friday, September 17, 2021 3:42 PM
**To:** Benjamin J. A. Sauter <Benjamin.Sauter@kobrekim.com>
**Cc:** Josh Kalish <josh@ogslawllc.com>; JR Casillas <JRCasillas@dmllaw.com>
**Subject:** RE: [EXTERNAL] Goettsche Settlement Agreement--a new issue

Gentlemen;
Sorry for delay.
I am attaching the Complaint and the Arbitration Statement of Claim.
The CA Complaint was stayed and Arbitration compelled.
Let me know if you need anything further,

**Peter F. Lacny**, Shareholder



201 W. Main Street, Suite 201 Missoula, MT 59802
Phone: 406.728.0810 | Fax: 406.543.0134

The documents included with this electronic mail transmission contain information from the law firm of Datsopoulos, MacDonald & Lind, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 406-728-0810) immediately.

**From:** Benjamin J. A. Sauter <Benjamin.Sauter@kobrekim.com>
**Sent:** Thursday, September 16, 2021 6:00 PM

**Exhibit I**

**To:** Peter Lacny <PLacny@dmllaw.com>
**Cc:** Josh Kalish <josh@ogslawllc.com>; JR Casillas <JRCasillas@dmllaw.com>
**Subject:** Re: [EXTERNAL] Goettsche Settlement Agreement--a new issue

Peter,
We're reviewing and will get back to you. Are you able to send us the complaint in the case?


Benjamin J. A. Sauter
+1 212 488 1288

**KOBRE & KIM**

www.kobrekim.com

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

> On Sep 16, 2021, at 7:50 PM, Peter Lacny <PLacny@dmllaw.com> wrote:
>
> Gentlemen;
> I write again on a separate but related issue.
>
> In this case, we represent Atlas Power. We are being sued by Evan Birenbaum and the matter is in arbitration.
> We were recently served with the attached discovery requests.
>
> The Settlement Agreement between Mr. Goettsche and Mr. Washington and related entities is responsive to this request. Due to the confidentiality clause of the Agreement, I am writing to get your position on disclosing the agreement in response to this discovery request.
>
> We have already confirmed with Mr. Birenbaum's counsel that he would agree to a protective order that the Settlement Agreement cannot be otherwise disclosed.

My partner JR Casillas is CC'd on this email.

Thank you both for your time,

**Peter F. Lacny**, Shareholder
<image001.jpg>
201 W. Main Street, Suite 201 Missoula, MT 59802
Phone: 406.728.0810 | Fax: 406.543.0134

The documents included with this electronic mail transmission contain information from the law firm of Datsopoulos, MacDonald & Lind, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 406-728-0810) immediately.

<2021-09-10 Jurisdictional Disocvery to Atlas.pdf>