**Amanda Reiber**

| | |
|---|---|
| **From:** | JR Casillas |
| **Sent:** | Monday, November 08, 2021 9:58 AM |
| **To:** | Amanda Reiber; Peter Lacny |
| **Subject:** | FW: [EXTERNAL] Goettsche Settlement Agreement--a new issue |

**J.R. Casillas**, Shareholder



Datsopoulos, MacDonald & Lind, P.C.
201 W. Main Street, Suite 201 Missoula, MT 59802
Phone: 406.728.0810 | Fax: 406.543.0134

The documents included with this electronic mail transmission contain information from the law firm of Datsopoulos, MacDonald & Lind, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 406-728-0810) immediately.

**From:** Benjamin J. A. Sauter <Benjamin.Sauter@kobrekim.com>
**Sent:** Friday, September 24, 2021 9:19 AM
**To:** Peter Lacny <PLacny@dmllaw.com>; Josh Kalish <josh@ogslawllc.com>
**Cc:** JR Casillas <JRCasillas@dmllaw.com>
**Subject:** RE: [EXTERNAL] Goettsche Settlement Agreement--a new issue

Peter,

I've spoken with my client and he objects to disclosure of the settlement agreement, including on the grounds that it contains sensitive business and financial information. In addition, we have some questions and concerns about how the litigation and arbitration have progressed to date, such as how the various entities ended up where they're at; why the allegations made by Mr. Birenbaum, which pre-date Mr. Goettsche's involvement with CryptoWatt, were never disclosed to him by Mr. Burrell or Mr. Washington; why the existence of this dispute was not disclosed to Mr. Goettsche until now; and how your client, Atlas Power, would have the ability to produce the settlement agreement since Atlas is not a signatory to it and presumably does not have a copy of it. I remain available to discuss these issues.

Best regards,

Benjamin J. A. Sauter
+1 212 488 1288

**KOBRE & KIM**

**www.kobrekim.com**

Exhibit J

1

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

This e-mail message is from Kobre & Kim LLP, a limited liability partnership established under the laws of New York, referred to above as Kobre & Kim, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Peter Lacny <PLacny@dmllaw.com>
**Sent:** Thursday, September 16, 2021 7:50 PM
**To:** Josh Kalish <josh@ogslawllc.com>; Benjamin J. A. Sauter <Benjamin.Sauter@kobrekim.com>
**Cc:** JR Casillas <JRCasillas@dmllaw.com>
**Subject:** [EXTERNAL] Goettsche Settlement Agreement--a new issue

Gentlemen;
I write again on a separate but related issue.

In this case, we represent Atlas Power. We are being sued by Evan Birenbaum and the matter is in arbitration.
We were recently served with the attached discovery requests.

The Settlement Agreement between Mr. Goettsche and Mr. Washington and related entities is responsive to this request. Due to the confidentiality clause of the Agreement, I am writing to get your position on disclosing the agreement in response to this discovery request.

We have already confirmed with Mr. Birenbaum's counsel that he would agree to a protective order that the Settlement Agreement cannot be otherwise disclosed.

My partner JR Casillas is CC'd on this email.
Thank you both for your time,


**Peter F. Lacny**, Shareholder

**DM&L**
Datsopoulos, MacDonald & Lind, P.C.
201 W. Main Street, Suite 201 Missoula, MT 59802
Phone: 406.728.0810 | Fax: 406.543.0134

The documents included with this electronic mail transmission contain information from the law firm of Datsopoulos, MacDonald & Lind, P.C. which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 406-728-0810) immediately.