**J.R. Casillas**
**Peter F. Lacny**
DATSOPOULOS, MacDONALD & LIND, P.C.
Central Square Building
201 West Main Street, Suite 201
Missoula, Montana 59802
Telephone:   (406) 728-0810
Facsimile:    (406) 543-0134
jrcasillas@dmllaw.com; placny@dmllaw.com; areiber@dmllaw.com

*Attorneys for Kevin Washington and*
*CryptoWatt Management, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>vs.<br><br>Plaintiff,<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Defendant. | Cause No. CV 20-02-BU-BMM-KLD<br>Cause No. CV 20-03-BU-BMM<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELATED DOCUMENTS UNDER SEAL** |

PLAINTIFFS, KEVIN WASHINGTON AND CRYPTOWATT MANAGEMENT, LLC, respectfully move this Honorable Court pursuant to Local Rule 5.2 for leave to file certain documents under seal.

Contemporaneously herewith, Washington and CryptoWatt Management, LLC are filing a Motion for Order Allowing Production & Use of Confidential Settlement Agreement and Related Documents in AAA Arbitration. In order to decide said Motion, the Court needs to review the subject Confidential Settlement Agreement and related documents. Inclusion of the Agreement and related documents in the public record is not appropriate given the strict Confidentiality Provisions in the Agreement, similar provisions in related documents implicated in the arbitration, and general concerns about the commercially and/or financially sensitive nature of the information set forth in the documents at issue. It is not feasible to file a redacted version of the documents in the public record because the Court needs to review the content as whole to rule on the Motion before the Court.

This Motion is <u>unopposed</u> by Rick Tabish and FX Solutions, Inc., and without waiving any rights, is also <u>unopposed</u> by Matthew B. Goettsche, Hard Fork Holdings, Inc., CryptoWatt Investment Partners, LLC and CryptoWatt Mining, LLC. Even if this motion was opposed the Court may rule on a motion for leave to seal without awaiting a response.

DATED this 18th day of November, 2021.

                        DATSOPOULOS, MacDONALD & LIND, P.C.

                        By:   /s/ J.R. Casillas
                              J.R. Casillas
                              Peter F. Lacny
                              201 West Main Street, Suite 201
                              Missoula, Montana 59802
                              jrcasillas@dmllaw.com
                              placny@dmllaw.com
                              *Attorneys for Washington and*
                              *CryptoWatt Management, LLC*

# **CERTIFICATE OF SERVICE**

I, J.R. Casillas, one of the attorneys for Kevin Washington and CryptoWatt Management, LLC, hereby certify that a copy of the foregoing document was served on these persons by the following means:

| | |
|---|---|
| __1, 4__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| __2, 3__ | Email |

1. Clerk, U.S. District Court

2. Benjamin J. A. Sauter
   Kobre & Kim
   800 Third Avenue
   New York, New York 10022
   benjamin.sauter@kobrekim.com

3. Josh Kalish
   Odell Girton Siegel, LLC
   434 West 33rd Street, PH
   New York, New York 10001
   josh@ogslawllc.com

4. Robert L. Sterup
   Brown Law Firm, P.C.
   315 North 24th Street
   Billings, Montana 59101
   rsterup@brownfirm.com

DATED this 18th day of November, 2021.

                           DATSOPOULOS, MacDONALD & LIND, P.C.

                           By: __/s/ J.R. Casillas_____
                                   J.R. Casillas
                                   Peter F. Lacny