IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KEVIN WASHINGTON, an individual and minority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>vs.<br><br>Plaintiff,<br><br>MATTHEW BRENT GOETTSCHE, an individual and majority owner of CryptoWatt Investment Partners, LLC, the sole member of CryptoWatt Mining, LLC,<br><br>Defendant. | Cause No. CV 20-02-BU-BMM-KLD<br>Cause No. CV 20-03-BU-BMM<br><br>**ORDER** |

Before the Court is Plaintiffs Kevin Washington and CryptoWatt Management, LLC's Unopposed Motion for Leave to File Confidential Settlement Agreement and Related Documents Under Seal. Said Plaintiffs have lodged the documents under seal. The Court will grant the motion.

Accordingly, IT IS ORDERED the motion is GRANTED. The Plaintiffs need not take any further action. Local Rule 5.2(g)(2).

ORDER                                              1

DATED this _____ day of November, 2021.

          By: _____
             United States District Court Judge